**UNITED STATES of America,**
**Appellee,**

v.

**Roy LANG, Appellant.**

**No. 02–1766.**

United States Court of Appeals,
Eighth Circuit.

Submitted July 23, 2002.

Decided July 29, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and RILEY, Circuit Judges.

PER CURIAM.

Roy Lang pleaded guilty to conspiring to distribute and manufacture 50 or more

grams of methamphetamine, in violation of 21 U.S.C. § 846. The district court[1] imposed the statutory minimum sentence of 120 months imprisonment and 5 years supervised release. On appeal, counsel has filed a brief and moved to withdraw pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lang has not filed a pro se supplemental brief.

Having thoroughly reviewed the record, we conclude that in the written plea agreement Lang knowingly and voluntarily waived his right to appeal his conviction and sentence. *See United States v. Morrison,* 171 F.3d 567, 568 (8th Cir.1999).

Accordingly, we enforce the appeal waiver, dismiss this appeal, and grant counsel's motion to withdraw.

A true copy.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.